IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANTINA K. JOHNSON,

    Plaintiff,

-vs-                                              No. CIV 12-1291   WDS

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER DIRECTING SERVICE

**THIS MATTER** is before the Court on Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915(a). Having granted Plaintiff's application,

**IT IS THEREFORE ORDERED** that the United States Marshal shall serve a copy of the summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

**IT IS SO ORDERED**.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE